**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-6135

NAPOLEON O. BOAKYE,

                                    Plaintiff - Appellant,

          versus

ARLINGTON COUNTY SHERIFF'S DEPARTMENT,

                                    Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Rebecca Beach Smith, District
Judge.  (2:06-cv-00331-RBS)

Submitted:  March 22, 2007          Decided:  March 30, 2007

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Napoleon O. Boakye, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Napoleon O. Boakye appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint without prejudice for failure to comply with its previous order requiring him to pay an initial partial filing fee. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Boakye v. Arlington County Sheriff's Dep't, No. 2:06-cv-00331-RBS (E.D. Va. filed Dec. 22, 2006 & entered Dec. 28, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED